UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, SR., and
CAROLYN WITT, on behalf of
Themselves and All Others Similarly Situated,

      Plaintiff,

v.                                                    Civil Action No: **3:14cv82**

**ALLIED BARTON SECURITY
SERVICES, LLC d/b/a HR Plus,**

      **Defendants.**

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND ALL DEADLINES
BY TWO WEEKS**

COME NOW the Plaintiffs, Tyrone B. Henderson Sr., and Carolyn Witt, on behalf of themselves and others similarly situated, together with the Defendant, Allied Barton Security Services, LLC d/b/a HR Plus, (together "the Parties") and Pursuant to Fed. R. Civ. P. 16(b)(4), provide this memorandum in support of their joint motion to amend the Agreed Scheduling Order of July 1, 2014, for good cause shown, to extend all deadlines by two weeks. (Doc. 22.). The parties do not seek to extend the discovery period for the purpose of engaging in any new discovery. However, they do seek to continue any conversations regarding disputes and a number of depositions currently set for next week to provide an opportunity to reach a set of stipulations that may obviate the need to bring discovery disputes forward and take the already-scheduled depositions.

**BACKGROUND**

Plaintiff filed the present action on February 6, 2014. The Court entered an Agreed Class Action Scheduling Order on July 1, 2014. (Doc. 22). The Agreed Scheduling Order requires discovery be completed by September 24, 2014. The parties have been engaged in discovery and have numerous disputes that they have been attempting to resolve through an ongoing meet and confer process provided by the Rules of Civil Procedure and the Local Rules of this Court. Pursuant to the Agreed Scheduling Order, Defendant's Motion for Summary Judgment and Plaintiff's Motion for Class Certification are due no later than October 1, 2014.

While the parties have been working diligently to answer discovery, resolve disputes and narrow the scope of the case through stipulations, they have not yet reached agreement on stipulated facts to be used on the Defendant's Motion for Summary Judgment. The parties believe that they have an opportunity to streamline the case by agreeing on facts that are not in dispute prior to the filing of summary judgment. *See e.g., Thomas v. FTS, USA, LLC.,* 3:13CV825 (E.D.Va. Sept. 5, 2014)(Doc. 35.) The discovery period has not closed. Numerous subpoenas *duces tecum* are still outstanding, and several party witness depositions are set for next week. The Plaintiff has agreed to dismiss one count and clarify Allied Barton Security Services, LLC. d/b/a HR Plus as the proper party defendant.

As a result of open and frank communication between the parties, the parties have jointly arrived at an agreement to request an Amendment of the Scheduling Order to extend all deadlines by two weeks. This short extension will serve the interest of judicial economy streamlining the case and potentially obviating the need for the depositions set for next week or resolution of the outstanding discovery disputes.

The parties propose that all deadlines in this case be extended by two-weeks so that the parties can work to streamline the issues of the case. .

**Argument**

For these reasons, good cause exists to extend the current deadlines in an effort to streamline the case, obviate depositions, and to resolve discovery disputes that are costly and time consuming. "The good cause provision of Rule 16(b)(4) does not focus on the prejudice to the non-movant or bad faith of the moving party, but rather on the moving party's diligence." *Reese v.Virginia Intern. Terminals, Inc.,* 286 F.R.D. 282, 285 (E.D.Va. 2012) (citing *Lineras v. Inspiration Plumbing LLC*, 2010 WL 4623940, at *2 (E.D.Va. Nov.3, 2010)). At the present stage of proceedings, no party has missed a scheduled deadline to put the party's diligence at issue. The parties' diligence is in fact evidenced by the instant effort to improve the judicial process for this case. An Amendment to the Scheduling Order to extend the current deadlines by two weeks will not prejudice any party, but it will advance the equities and minimize the hardships of both sides. But most importantly, it will strongly advance the interests of judicial economy. An Agreed Order is being circulated among counsel for original signatures.

        Respectfully submitted,

        **TYRONE B. HENDERSON, SR. and**
        **CAROLYN WITT,**
        *on behalf of themselves and*
        *all others similarly situated*,

        By_____/s/_____
                    Of Counsel

Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@clalegal.com

Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080 - Telephone
1-888-892-3512 - Facsimile
Email: matt@clalegal.com

Casey Shannon Nash
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-7770 - Telephone
1-888-892-3512 - Facsimile
Email: casey@clalegal.com

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

Jeremiah A. Denton , III
477 Viking Drive
Suite 100
Virginia Beach, VA 23452
(757) 340-3232  - Telephone
(757) 340-4505 - Facsimile
Email: jerry@jeremiahdenton.com

Rhiannon Marie Jordan
Jeremiah A. Denton III, P.C.
477 Viking Drive
Suite 100
Virginia Beach, VA 23452
(757) 340-3232 - Telephone
(757) 340-4505 - Facsimile
Email: Rhiannon@jeremiahdenton.com


*Counsel for Plaintiff*


ALLIEDBARTON SECURITY SERVICES LLC

By: /s/ Taron K. Murakami
Taron K. Murakami  (VSB # 71307)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
(202) 463-2400
(202) 828-5393 (facsimile)
tmurakami@seyfarth.com

David J. Rowland (admitted *pro hac vice*)
Pamela Q. Devata (admitted *pro hac vice*)
Jennifer Riley (admitted *pro hac vice*)
John W. Drury (admitted *pro hac vice*)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603-5577
(312) 460-5000
(312) 460-7000 (facsimile)
drowland@seyfarth.com
pdevata@seyfarth.com
jriley@seyfarth.com
jdrury@seyfarth.com

Frederick T. Smith (admitted *pro hac vice*)
SEYFARTH SHAW LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, Georgia 30309-3962
(404) 885-1500
(404) 892-7056 (facsimile)
fsmith@seyfarth.com

*Counsel for Defendant AlliedBarton Security Services L*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2014, a true and correct copy of the foregoing was sent via electronic mail and First Class Mail to the following counsel of record:

Taron Kato Murakami
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004-1454
Email: tmurakami@seyfarth.com

Frederick Thomas Smith
Seyfarth Shaw LLP
1075 Peachtree St NE
Suite 2500
Atlanta, GA 30309-3962
Email: fsmith@seyfarth.com

Jennifer Ann Riley
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St
Suite 2400
Chicago, IL 60603-5577
Email: jriley@seyfarth.com

John Wesley Drury
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St
Suite 2400
Chicago, IL 60603-5577
Email: jdrury@seyfarth.com

Pamela Q Devata
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St
Suite 2400

Chicago, IL 60603-5577
Email: pdevata@seyfarth.com

                                        /s/
*Of Counsel*

Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com