IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE B. HENDERSON, SR.,
on behalf of himself and
all others similarly
situated,

    Plaintiff,

v.                             Civil Action No. 3:14cv82

HR PLUS,

    Defendant.

### ORDER

Having reviewed the JOINT MOTION TO AMEND CLASE ACTION SCHEDULING ORDER (Docket No. 35), it is hereby ORDERED that the motion is granted to the extent set forth herein and the following briefing scheduled is established for the plaintiff's motion for class certification and motions for summary judgment:

| | |
|---|---|
| Motions Due | October 15, 2014 |
| Responses Due: | November 7, 2014 |
| Replies Due: | November 17, 2014 |
| Oral Argument: | December 8, 2014<br>10:00 a.m. |

It is so ORDERED.

                                                        /s/
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: September 23, 2014