IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE B. HENDERSON, SR.,
et al.,

    Plaintiffs,

v.                        Criminal No. 3:14cv82

ALLIEDBARTON SECURITY
SERVICES, LLC

    Defendant.

**ORDER**

    The Court having been advised that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that the plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement Agreement by January 5, 2015.  It is further ORDERED that a hearing on preliminary approval of the agreement shall be held at 1:30 p.m. January 28, 2015.

    It is so ORDERED.

                                          /s/       REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: December 5, 2014