

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, SR.,
et al.,

    Plaintiffs,

v.                             Civil Action No. 3:14cv82

ALLIEDBARTON SECURITY
SERVICES, LLC

    Defendant.

**ORDER**

Due to a conflict in the Court's docket, it is hereby ORDERED that the hearing on the CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT (Docket No. 54) scheduled for 1:30 p.m. January 28, 2015 is continued to 1:30 p.m. February 10, 2015.

    It is so ORDERED.

                                            /s/    REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: January 8, 2015