IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, Sr., *et al.,*

    Plaintiffs,

v.                                    Civil Action No. 3:14-cv-82

ALLIEDBARTON SERCURITY
SERVICES, LLC, d/b/a HR PLUS,

    Defendant.

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AN AWARD OF ATTORNEY'S FEES AND SERVICE PAYMENTS**

    The parties, by counsel, hereby move this Court for final approval of the Class Action Settlement reached in this case and preliminarily approved by the Court on February 16, 2015, (Doc. 58).  In support of the same, the Plaintiffs, with the consent of the Defendant, also move for an award of attorney's fees, costs, and service payments, for the reasons set forth in their accompanying memorandum of law.

                                                  Respectfully submitted,
                                                  **PLAINTIFFS**

                                                  _____/s/_____
                                                  Matthew J. Erausquin, VSB No. 65434
                                                  Casey S. Nash, VSB No. 84261
                                                  Consumer Litigation Associates, P.C.
                                                  1800 Diagonal Rd., Ste. 600
                                                  Alexandria, VA 22314
                                                  Tel: (703) 273-7770
                                                  Fax: (888) 892-3512
                                                  matt@clalegal.com
                                                  casey@clalegal.com

                                                  Leonard A. Bennett, VSB No. 37523
                                                 Susan M. Rotkis, VSB No. 40693
                                                 Consumer Litigation Associates, P.C.
                                                 763 J. Clyde Morris Blvd., Suite 1-A

Newport News, VA 23601
757-930-3660
757-930-3662 (fax)
lenbennett@clalegal.com
srotkis@clalegal.com

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

Jeremiah A. Denton, III
Rhiannon Marie Jordan
477 Viking Drive
Suite 100
Virginia Beach, VA 23452
(757) 340-3232 - Telephone
(757) 340-4505 – Facsimile
Email: jerry@jeremiahdenton.com
Email: Rhiannon@jeremiahdenton.com

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on this 12th day of June, 2015, I have filed the foregoing with the court using the CM/ECF system, which will send a notice of electronic filing (NEF) to the following counsel of record:

Taron Kato Murakami
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004-1454
Email: tmurakami@seyfarth.com

Pamela Q Devata
David J. Rowland
Jennifer Ann Riley
John Wesley Drury
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St., Suite 2400
Chicago, IL 60603-5577
Email: pdevata@seyfarth.com
Email: drowland@seyfarth.com
Email: jriley@seyfarth.com
Email: jdrury@seyfarth.com

*Counsel for the Defendant*

                                             /s/
                                    Casey S. Nash, VSB No. 84261
                                    *Counsel for the Plaintiff*
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    1800 Diagonal Rd., Ste. 600
                                    Alexandria, VA 22314
                                    Tel: (703) 273-7770
                                    Fax: (888) 892-3512
                                    casey@clalegal.com